| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys for Secured Creditor<br>**Ocwen Loan Servicing, LLC as servicer for HSBC Bank USA, National Association, As Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through Certificates**<br><br>Aleisha C. Jennings, Esq. 049302015 | CASE NO.: 18-28143-KCF<br><br>CHAPTER 13<br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**Amnon Tamam,**<br><br>     **Debtor.** | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Ocwen Loan Servicing, LLC as servicer for HSBC Bank USA, National Association, As Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through Certificates ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 12), and states as follows:

1. Debtor, Amnon Tamam ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on September 11, 2018.
2. Secured Creditor holds a security interest in the Debtor's real property located at 219 Wainwright Street, Newark, NJ 07112, by virtue of a Mortgage recorded on July 31, 2006 in Book 11418, at Page 164 of the Public Records of Essex County, NJ. Said Mortgage secures a Note in the amount of $239,000.00.
3. The Debtor filed a Chapter 13 Plan on September 21, 2018.
4. The Plan proposes to cure Seucred Creditor's claim through sale of the real property; however, the Plan fails to provide that Debtor's total debt will be satisfied from the sale.

    Secured Creditor's claim has a total payoff of $167,753.15. Secured Creditor objects to any plan that fails to state that $167,753.15 be paid through the sale of real property.

5. The Plan does not appear feasible due to inadequate treatment of Secured Creditor's claim. Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(3) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

    RAS Citron, LLC
    Attorney for Secured Creditor
    130 Clinton Road, Suite 202
    Fairfield, NJ 07004
    Telephone Number 973-575-0707

    By: /s/Aleisha C. Jennings
    Aleisha C. Jennings, Esquire
    NJ Bar Number 049302015
    Email: ajennings@rasnj.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys for Secured Creditor<br>**Ocwen Loan Servicing, LLC as servicer for HSBC Bank USA, National Association, As Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through Certificates**<br><br>Aleisha C. Jennings, Esq. 049302015 | CASE NO.: 18-28143-KCF<br><br>CHAPTER 13<br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**Amnon Tamam,**<br><br>    **Debtor.** | |

## CERTIFICATION OF SERVICE

1. I, Aleisha C. Jennings, represent Ocwen Loan Servicing, LLC as servicer for HSBC Bank USA, National Association, As Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through Certificates in this matter.

2. On 10/24/2018, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below: **Objection to Confirmation of Debtor's Chapter 13 Plan**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

10/24/2018

                                        RAS Citron, LLC
                                        Attorney for Secured Creditor
                                        130 Clinton Road, Suite 202
                                        Fairfield, NJ 07004

Telephone Number 973-575-0707

By: /s/Aleisha C. Jennings
Aleisha C. Jennings, Esquire
NJ Bar Number 049302015
Email: ajennings@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert C. Nisenson<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>Suite E<br>East Brunswick, NJ 08816 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Amnon Tamam<br>448 Meade Court<br>East Brunswick, NJ 08816 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |