UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ROB SALTZMAN, ESQUIRE
PLUESE, BECKER & SALTZMAN, LLC
Attorneys at Law
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054
(856) 813-1700

**Order Filed on January 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Amnon Tamam

Case No.:    18-28143-KCF

Hearing Date:    January 23, 2019

Judge:    Kathryn C. Ferguson

Chapter:    13

Recommended Local Form    [x] Followed    [ ] Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 29, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of <u>Federal National Mortgage Association ("Fannie Mae")</u>, under

Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

☒  Real property more fully described as:

448 Meade Court, E Brunswick, NJ 08816

It is further ORDERED that the movant, its successors or assignees, may proceed with its

rights and remedies under the terms of the subject mortgage and pursue its state court remedies

including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing

other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or

deed-in-lieu foreclosure.   Additionally, any purchaser of the property at sheriff's sale (or

purchaser's assignee) may take any legal action for enforcement of its right to possession of the

property.

☐  Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

*rev. 11/14/18*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-28143-KCF
Amnon Tamam                                                                     Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jan 29, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2019.
db             +Amnon Tamam,    448 Meade Court,    East Brunswick, NJ 08816-1870

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2019 at the address(es) listed below:
         Albert  Russo   docs@russotrustee.com
         Aleisha Candace Jennings    on behalf of Creditor    HSBC Bank USA, National Association, As
          Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
          Certificates ajennings@rasflaw.com
         Aleisha Candace Jennings    on behalf of Creditor    HSBC Bank USA, National Association, as
          Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
          Certificates ajennings@rasflaw.com
         Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., et all...
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
          Citigroup Mortgage Loan Trust Inc., Mortgage PassThrough Certificates, Series 2007-6
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Robert C. Nisenson    on behalf of Debtor Amnon   Tamam rnisenson@aol.com,
          nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
         Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal
          National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
          laws of the United States of America dnj@pbslaw.com
         Sindi  Mncina   on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for
          Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
          Certificates smncina@rascrane.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 9