|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage PassThrough Certificates, Series 2007-6 |
| In Re:<br><br>Amnon Tamam,<br><br><br>Debtor. |

Order Filed on February 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No 18-28143 KCF
Adv. No.:
Hearing Date: 11/14/18 @ 10:00 a.m.

Judge:  Katherine C. Ferguson

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: February 1, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtors: Amnon Tamam
Case No.: 18-28143 KCF
Caption: **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

    This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage PassThrough Certificates, Series 2007-6, holder of a mortgage on real property located at 225 Wainright Street, Newark, NJ ,07112, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Robert C. Nisenson, Esquire, attorney for Debtor, Amnon Tamam, and for good cause having been shown;

    It **ORDERED, ADJUDGED and DECREED** that Debtor is to sell the subject property by September 30, 2019; and

    It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make regular post-petition payments in accordance with the terms of the note, mortgage and applicable payment change notices while the loan modification is pending; and

    It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Trustee is not to pay the arrears while the loan modification is pending and

    It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor does not waive its rights to the pre-petition arrears or any post-petition arrears that may accrue; and

    It is **FURTHER ORDERED, ADJUDGED and DECREED** that if the sale is not successful, Debtor shall modify the plan to otherwise address Secured Creditor's claim; and

    It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Amnon Tamam  
    Debtor

Case No. 18-28143-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Feb 01, 2019  
                     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2019.  
db            +Amnon Tamam,    448 Meade Court,    East Brunswick, NJ 08816-1870

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2019                                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2019 at the address(es) listed below:

          Albert    Russo     docs@russotrustee.com  
          Aleisha Candace Jennings     on behalf of Creditor    HSBC Bank USA, National Association, As  
           Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through  
           Certificates ajennings@rasflaw.com  
          Aleisha Candace Jennings     on behalf of Creditor    HSBC Bank USA, National Association, as  
           Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through  
           Certificates ajennings@rasflaw.com  
          Denise E. Carlon     on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., et all...  
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Denise E. Carlon     on behalf of Creditor    U.S. Bank National Association, as Trustee for  
           Citigroup Mortgage Loan Trust Inc., Mortgage PassThrough Certificates, Series 2007-6  
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Robert C. Nisenson     on behalf of Debtor Amnon    Tamam rnisenson@aol.com,  
           nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
          Robert P. Saltzman     on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal  
           National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the  
           laws of the United States of America dnj@pbslaw.org  
          Sindi    Mncina     on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for  
           Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through  
           Certificates smncina@rascrane.com  
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                               TOTAL: 9