Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–28143–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Amnon Tamam
448 Meade Court
East Brunswick, NJ 08816

Social Security No.:
xxx–xx–7473

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on September 21, 2018 and a confirmation hearing on such Plan has been scheduled for February 13, 2019.

The debtor filed a Modified Plan on February 11, 2019 and a confirmation hearing on the Modified Plan is scheduled for Apri 10, 2019 at 10:00am. Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.    The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

A full copy of the modified Plan will follow this notice.

Dated: February 14, 2019
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-28143-KCF
Amnon Tamam                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Feb 14, 2019
                             Form ID: 186              Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2019.
```
db              +Amnon Tamam,    448 Meade Court,   East Brunswick, NJ 08816-1870
cr              +HSBC Bank USA, National Association, as Trustee fo,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,   Boca Raton, FL 33487-2853
cr              +Seterus, Inc., authorized subservicer for Federal,   P.O. Box 1047,   Hartford, CT 06143-1047
517767136       +American General,   C/O Clark & DiStefano,   1500 Meeting House Road,   Sea Girt, NJ 08750-2220
517797630       +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
517767137       +Crosspointe,   C/O Hill Wallack,   202 Carnegie Center,   Princeton, NJ 08540-6239
517818149       +HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE,   Attn: Cashiering Department,
                 1661 Worthington Road, Ste 100,   West Palm Beach, FL 33409-6493
517749519       +HSBC Bank USA National,   C/O Udren Law Offices, PC,   111 Woodcrest Rd., Suite 200,
                 Cherry Hill, NJ 08003-3620
517887737       +HSBC Bank USA, National Association,   RAS Citron, LLC,   130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517768563       +Jerry S. Popikk,   64 N. Hillside Ave.,   Livingston, NJ 07039-1108
517767139       +Jerry S. Popikk,   64 North Hillside Avenue,   Livingston, NJ 07039-1108
517766911       +PSE&G,   PO Box 14444,   New Brunswick, NJ 08906-4444
517819882       +SANTANDER CONSUMER USA,   P.O. Box 560284,   Dallas, TX 75356-0284
517749528      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,   PO Box 245,   Trenton, NJ 08695)
517749525       +Santander Consumer USA,   Attn: Bankruptcy,   Po Box 961245,   Fort Worth, TX 76161-0244
517821084       +Santander Consumer USA, Inc.,   POB 961245,   Ft. Worth, TX 76161-0244
517749526       +Seterus, Inc.,   Attn: Bankruptcy,   Po Box 1077,   Hartford, CT 06143-1077
517858711       +Seterus, Inc., authorized subservicer for,   Federal National Mortgage Association,
                 c/o Seterus, Inc.,   P.O. Box 1047,   Hartford, CT 06143-1047
517749527       +Specialized Loan Servicing/SLS,   Attn: Bankruptcy Dept,   8742 Lucent Blvd #300,
                 Highlands Ranch, CO 80129-2386
517775493       +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517749529       +Waypoint Resource Group,   Attn: Bankruptcy,   Po Box 1081,   San Antonio, TX 78294-1081
517841704        Wells Fargo Bank, N.A.,   Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 15 2019 00:14:32     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 15 2019 00:14:30     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517749518       +E-mail/Text: bankruptcynotices@dcicollect.com Feb 15 2019 00:15:10
                 Diversified Consultants, Inc.,   Attn: Bankruptcy,   Po Box 551268,
                 Jacksonville, FL 32255-1268
517749520        E-mail/Text: cio.bncmail@irs.gov Feb 15 2019 00:13:48     IRS,   PO Box 7346,
                 Philadelphia, PA 19101-7346
517782415        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 15 2019 00:16:56
                 LVNV Funding, LLC its successors and assigns as,   assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517749521       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 15 2019 00:17:33
                 LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,
                 Greenville, SC 29603-0497
517782209        E-mail/Text: bkr@cardworks.com Feb 15 2019 00:13:04     MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
517749523       +E-mail/Text: bkr@cardworks.com Feb 15 2019 00:13:04     Merrick Bank/CardWorks,
                 Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
517749524       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 15 2019 00:14:29     Midland Funding,
                 2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
517845923       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 15 2019 00:14:29     Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
517886977       +E-mail/Text: bankruptcy@pseg.com Feb 15 2019 00:13:16     PSE&G,   Attn: Bankruptcy Dept.,
                 PO Box 490,   Cranford NJ 07016-0490
517753411       +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2019 00:17:19     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                          TOTAL: 12

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517749522*      +LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,   Greenville, SC 29603-0497
517767140*      +PSE&G,   PO Box 14444,   New Brunswick, NJ 08906-4444
517767138      ##+Ebony R. Ward,   225 Main Wright St. Apt 1,   Newark, NJ 07112-1226
517768562      ##+Ebony R. Ward,   225 Wainwright St. Apt 1,   Newark, NJ 07112-1226
                                                                     TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 14, 2019
                             Form ID: 186              Total Noticed: 34
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2019                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2019 at the address(es) listed below:
```
            Albert  Russo    docs@russotrustee.com
            Aleisha Candace Jennings    on behalf of Creditor    HSBC Bank USA, National Association, As
             Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
             Certificates ajennings@rasflaw.com
            Aleisha Candace Jennings    on behalf of Creditor    HSBC Bank USA, National Association, as
             Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
             Certificates ajennings@rasflaw.com
            Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., et all...
             dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
             Citigroup Mortgage Loan Trust Inc., Mortgage PassThrough Certificates, Series 2007-6
             dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Robert C. Nisenson    on behalf of Debtor Amnon  Tamam rnisenson@aol.com,
             nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
            Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal
             National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
             laws of the United States of America dnj@pbslaw.org
            Sindi  Mncina    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for
             Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
             Certificates smncina@rascrane.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 9
```