UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
(732) 238-8758 (fax)
RCN 6680

In Re:

Amnon Tamam

Order Filed on April 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 18-28143 |
| Chapter: | 13 |
| Judge: | KCF |

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: April 2, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

After review of the application of _____Amnon Tamam_____ for the reduction of time for a hearing on _Notice of Motion to Sell Property_____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____April 17, 2019_____ at _9:00 a.m._ in the United States Bankruptcy Court, _____402 East State Street Trenton, N.J. 08608_____, Courtroom No. __3__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _Chapter 13 Trustee and all secured and priority creditors_____

_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

    6. A *Certification of Service* must be filed prior to the hearing date.

    7. Any objections to the motion/application identified above:

        ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

        ☒ may be presented orally at the hearing.

    8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

        ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Amnon Tamam  
    Debtor

Case No. 18-28143-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 02, 2019  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2019.  
db          +Amnon Tamam,    448 Meade Court,    East Brunswick, NJ 08816-1870

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2019 at the address(es) listed below:

          Albert    Russo    docs@russotrustee.com  
          Aleisha Candace Jennings     on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through Certificates ajennings@rasflaw.com  
          Aleisha Candace Jennings     on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through Certificates ajennings@rasflaw.com  
          Denise E. Carlon     on behalf of Creditor    U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage PassThrough Certificates, Series 2007-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Denise E. Carlon     on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., et all... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Elizabeth K. Holdren     on behalf of Creditor    Crosspointe Condominium Association, Inc. eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com  
          Melissa N. Licker     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@McCalla.com  
          Robert C. Nisenson     on behalf of Debtor Amnon    Tamam rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
          Robert P. Saltzman     on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae") dnj@pbslaw.org  
          Robert P. Saltzman     on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America dnj@pbslaw.org  
          Sindi    Mncina     on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through Certificates smncina@rascrane.com  
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                             TOTAL: 12