UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2 (c)

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680



Order Filed on April 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 18-28143

Judge: KCF
Chapter 13

In the Matter of

AMNON TAMAM
                DEBTORS

Recommended Local Form:    ☐ Followed    x Modified

# REVISED ORDER AUTHORIZING
# SALE OF REAL PROPERTY

The relief set forth on the following pages **ORDERED.**

**DATED: April 17, 2019**

*[signature]*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the Debtor's motion for authorization to sell the real property commonly known as 448 Meade Court, East Brunswick, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale may be applied to satisfy the liens on the Real Property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☐ Pursuant to LBR 6004-1(b) the Notice of Private Sale included a request to pay the real estate broker and debtor's real estate attorney at closing, therefore these professionals may be paid at closing.

    Name of Professionals:  Robert C. Nisenson, Esq.

    Name of Realtor: Remax Central

    Amount to be paid:  $8400.00/$950.00

    Services Rendered:  Realtors, Attorney

**OR:**   ☒ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions, real estate taxes and attorney's fees for the Debtor's attorneys upon further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The Debtor will take no exemption.

6. The XX☐ balance of proceeds or the ☐ balance due on the debtor's Chapter 13

Plan must be paid to the Chapter 13 Trustee in the Debtor's case. A copy of the HUD settlement statement shall be forwarded to the Chapter 13 Standing Trustee seven (7) days after closing.

7. The Debtor must file a modified plan not later than 21 days after date of this order.

8. Other provisions: "The lien of Nationstar Mortgage a/k/a Mr. Cooper shall remain on the premises commonly known as 448 Meade Court, East Brunswick, New Jersey until the closing proceeds are received and applied by Nationstar Mortgage a/k/a Mr. Cooper pursuant to the short sale approval letter.

9. All real estate taxes and water and sewer fees will be paid at the time of closing.

10. Other provisions: "The property is being sold free and clear to the liens of Internal Revenue Service."

11. Other provisions: that the property is being sold free and clear to the liens and claims of Crosspointe Condominium Association except for six months of condominium fees plus $5,000.00.

12. Other provisions: that the property is being sold free and clear to the liens of Napoleon Brown with Judgment No. J-299525-2010.

13. Other provisions: that the property is being sold free and clear to the liens of Division of Taxation with Judgment Nos. DJ-074003-2015 and DJ-131438-2010.

14. Other provisions: that the property is being sold free and clear to the liens of State of New Jersey.

15. Other provisions: that the property is being sold free and clear to the liens of any federal taxes with Judgment No: 2016-05240225.

16. Other provisions: that the property is being sold free and clear to the liens of Jerry S. Popick regarding Docket No: SC27-18.

17. Other provisions: that the property is being sold free and clear to the liens of Ebony R. Ward regarding Docket No: DC-12025-14.

18. The provision of Rule 6004(h) shall not be applicable to the matter and the Debtor shall be permitted to sell the property immediately.