

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2 (c)<br><br>**ROBERT C. NISENSON, L.L.C.**<br>10 Auer Court<br>East Brunswick, NJ 08816<br> (732) 238-8777<br>Attorneys for Debtor<br>Robert C. Nisenson, Esq.<br>RCN 6680 | Order Filed on April 17, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No. 18-28143<br><br>Judge: KCF<br>Chapter 13 |
| In the Matter of<br><br>AMNON TAMAM<br>　　　　　　　　DEBTORS | |

| | | | |
|---|---|---|---|
| Recommended Local Form: | ☐ Followed | | x  Modified |

# REVISED ORDER AUTHORIZING
# SALE OF REAL PROPERTY

The relief set forth on the following pages **ORDERED.**

**DATED: April 17, 2019**

　　　　　　　　　　　　　　　　　　　　Honorable Christine M. Gravelle
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Upon the Debtor's motion for authorization to sell the real property commonly known as 448 Meade Court, East Brunswick, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale may be applied to satisfy the liens on the Real Property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☐ Pursuant to LBR 6004-1(b) the Notice of Private Sale included a request to pay the real estate broker and debtor's real estate attorney at closing, therefore these professionals may be paid at closing.

    Name of Professionals: Robert C. Nisenson, Esq.

    Name of Realtor: Remax Central

    Amount to be paid: $8400.00/$950.00

    Services Rendered: Realtors, Attorney

**OR:** ☒ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions, real estate taxes and attorney's fees for the Debtor's attorneys upon further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The Debtor will take no exemption.

6. The XX☐ balance of proceeds or the ☐ balance due on the debtor's Chapter 13

Plan must be paid to the Chapter 13 Trustee in the Debtor's case. A copy of the HUD settlement statement shall be forwarded to the Chapter 13 Standing Trustee seven (7) days after closing.

7. The Debtor must file a modified plan not later than 21 days after date of this order.

8. Other provisions: "The lien of Nationstar Mortgage a/k/a Mr. Cooper shall remain on the premises commonly known as 448 Meade Court, East Brunswick, New Jersey until the closing proceeds are received and applied by Nationstar Mortgage a/k/a Mr. Cooper pursuant to the short sale approval letter.

9. All real estate taxes and water and sewer fees will be paid at the time of closing.

10. Other provisions: "The property is being sold free and clear to the liens of Internal Revenue Service."

11. Other provisions: that the property is being sold free and clear to the liens and claims of Crosspointe Condominium Association except for six months of condominium fees plus $5,000.00.

12. Other provisions: that the property is being sold free and clear to the liens of Napoleon Brown with Judgment No. J-299525-2010.

13. Other provisions: that the property is being sold free and clear to the liens of Division of Taxation with Judgment Nos. DJ-074003-2015 and DJ-131438-2010.

14. Other provisions: that the property is being sold free and clear to the liens of State of New Jersey.

15. Other provisions: that the property is being sold free and clear to the liens of any federal taxes with Judgment No: 2016-05240225.

16. Other provisions: that the property is being sold free and clear to the liens of Jerry S. Popick regarding Docket No: SC27-18.

17. Other provisions: that the property is being sold free and clear to the liens of Ebony R. Ward regarding Docket No: DC-12025-14.

18. The provision of Rule 6004(h) shall not be applicable to the matter and the Debtor shall be permitted to sell the property immediately.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-28143-KCF
Amnon Tamam                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: Apr 17, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2019.
db             +Amnon Tamam,    448 Meade Court,    East Brunswick, NJ 08816-1870

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings     on behalf of Creditor    HSBC Bank USA, National Association, as
               Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
               Certificates ajennings@rasflaw.com
              Aleisha Candace Jennings     on behalf of Creditor    HSBC Bank USA, National Association, As
               Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
               Certificates ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Citigroup Mortgage Loan Trust Inc., Mortgage PassThrough Certificates, Series 2007-6
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., et all...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Crosspointe Condominium Association, Inc.
               eholdren@hillwallack.com,  jhanley@hillwallack.com;hwbknj@hillwallack.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@McCalla.com
              Robert C. Nisenson    on behalf of Debtor Amnon  Tamam rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              Robert P. Saltzman    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae")
               dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
               laws of the United States of America dnj@pbslaw.org
              Sindi   Mncina    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for
               Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
               Certificates smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 12