Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 18−28143−KCF
                Chapter: 13
                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amnon Tamam
   293 Route 18
   Suite 115
   East Brunswick, NJ 08816

Social Security No.:
   xxx−xx−7473

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/26/19 at 09:00 AM

to consider and act upon the following:

*83* − Creditor's Certification of Default (related document:35 Motion for Relief from Stay re: 219 Wainwright Street a/k/a 219−221 Wainwright Street, Newark, NJ 07112. Fee Amount $ 181. filed by Creditor HSBC Bank USA, National Association, As Trustee for Deutsche Alt−B Securities Mortgage Loan Trust, Series 2007−AB1 Mortgage Pass−Through Certificates, Credit Card/Debit Card Payment, 47 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Citigroup Mortgage Loan Trust Inc., et all.... Objection deadline is 06/6/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

Dated: 6/5/19

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court