Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−28143−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amnon Tamam
   293 Route 18
   Suite 115
   East Brunswick, NJ 08816

Social Security No.:
   xxx−xx−7473

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/8/20 at 09:00 AM

to consider and act upon the following:

*101* − Creditor's Certification of Default (related document:32 Motion for Relief from Stay re: 225 Wainright Street, Newark, NJ,07112. Fee Amount $ 181. filed by Creditor U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage PassThrough Certificates, Series 2007−6, 92 Order (Generic)) filed by Denise E. Carlon on behalf of HSBC Bank USA, National Association, As Trustee for Deutsche Alt−B Securities Mortgage Loan Trust, Series 2007−AB1 Mortgage Pass−Through Certificates. Objection deadline is 12/9/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

Dated: 12/5/19

                                                Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court