Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−28143−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amnon Tamam
   293 Route 18
   Suite 115
   East Brunswick, NJ 08816

Social Security No.:
   xxx−xx−7473

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 30, 2019.

On December 16, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:          January 22, 2020
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 17, 2019
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-28143-MBK
Amnon Tamam                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Dec 17, 2019
                              Form ID: 185             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2019.
db              +Amnon Tamam,    293 Route 18,    Suite 115,    East Brunswick, NJ 08816-1928
cr              +HSBC Bank USA, National Association, as Trustee fo,    Robertson, Anschutz & Schneid, P.L.,
                  6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
sp              +Kim Flotteron,    241 Main Street,    Suite 101,    Woodbridge, NJ 07095-1917
r               +ReMax Central Realtors,    520 Route 9,    Manalapan, NJ 07726-8264
cr              +Seterus, Inc., authorized subservicer for Federal,    P.O. Box 1047,    Hartford, CT 06143-1047
517767136       +American General,    C/O Clark & DiStefano,    1500 Meeting House Road,    Sea Girt, NJ 08750-2220
517797630       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517767137       +Crosspointe,    C/O Hill Wallack,    202 Carnegie Center,    Princeton, NJ 08540-6239
517767138       +Ebony R. Ward,    225 Main Wright St. Apt 1,    Newark, NJ 07112-1226
517768562       +Ebony R. Ward,    225 Wainwright St. Apt 1,    Newark, NJ 07112-1226
517818149       +HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE,    Attn: Cashiering Department,
                  1661 Worthington Road, Ste 100,    West Palm Beach, FL 33409-6493
517749519       +HSBC Bank USA National,    C/O Udren Law Offices, PC,    111 Woodcrest Rd., Suite 200,
                  Cherry Hill, NJ 08003-3620
517887737       +HSBC Bank USA, National Association,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                  Fairfield, NJ 07004-2927
517768563       +Jerry S. Popikk,    64 N. Hillside Ave.,    Livingston, NJ 07039-1108
517767139       +Jerry S. Popikk,    64 North Hillside Avenue,    Livingston, NJ 07039-1108
518570890       +Newark - Water Utility,    920 Broad St., Room 117,    Newark, NJ 07102-2609
517766911       +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517819882       +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
518214470      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                  Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
517749525       +Santander Consumer USA,    Attn: Bankruptcy,    Po Box 961245,    Fort Worth, TX 76161-0244
517821084       +Santander Consumer USA, Inc.,    POB 961245,    Ft. Worth, TX 76161-0244
517749526       #+Seterus, Inc.,    Attn: Bankruptcy,    Po Box 1077,    Hartford, CT 06143-1077
517858711       +Seterus, Inc., authorized subservicer for,    Federal National Mortgage Association,
                  c/o Seterus, Inc.,    P.O. Box 1047,    Hartford, CT 06143-1047
517749527       +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                  Highlands Ranch, CO 80129-2386
517775493       +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517749529       +Waypoint Resource Group,    Attn: Bankruptcy,    Po Box 1081,    San Antonio, TX 78294-1081
517841704        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                  Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 18 2019 00:31:30     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 18 2019 00:31:25     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517749518       +E-mail/Text: bankruptcynotices@dcicollect.com Dec 18 2019 00:32:07
                  Diversified Consultants, Inc.,    Attn: Bankruptcy,    Po Box 551268,
                  Jacksonville, FL 32255-1268
517749520        E-mail/Text: cio.bncmail@irs.gov Dec 18 2019 00:30:27     IRS,    PO Box 7346,
                  Philadelphia, PA 19101-7346
517782415        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 18 2019 00:36:42
                  LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517749521       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 18 2019 00:35:58
                  LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                  Greenville, SC 29603-0497
517782209        E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 18 2019 00:36:15     MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517749523       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 18 2019 00:36:17
                  Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
517749524       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 18 2019 00:31:24     Midland Funding,
                  2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
517845923       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 18 2019 00:31:24     Midland Funding LLC,
                  PO Box 2011,    Warren, MI 48090-2011
517886977       +E-mail/Text: bankruptcy@pseg.com Dec 18 2019 00:30:00     PSE&G,    Attn: Bankruptcy Dept.,
                  PO Box 490,    Cranford NJ 07016-0490
517753411       +E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2019 00:35:34     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12

```
District/off: 0312-3          User: admin              Page 2 of 2                 Date Rcvd: Dec 17, 2019
                              Form ID: 185             Total Noticed: 39
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517749522*      +LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,   Greenville, SC 29603-0497
518573492*      +Newark Water Utility,   920 Broad St. Room 117,   Newark, NJ 07102-2609
517767140*      +PSE&G,   PO Box 14444,   New Brunswick, NJ 08906-4444
517749528*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,   PO Box 245,   Trenton, NJ 08695)
518058582*      +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
                                                                                            TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    HSBC Bank USA, National Association, As
               Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
               Certificates ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    HSBC Bank USA, National Association, as
               Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
               Certificates ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for
               Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
               Certificates dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., et all...
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Citigroup Mortgage Loan Trust Inc., Mortgage PassThrough Certificates, Series 2007-6
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Crosspointe Condominium Association, Inc.
               eholdren@hillwallack.com,    jhanley@hillwallack.com;hwbknj@hillwallack.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@mccalla.com
              Robert C. Nisenson    on behalf of Debtor Amnon  Tamam rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
               laws of the United States of America dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae")
               dnj@pbslaw.org
              Sindi  Mncina    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for
               Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
               Certificates smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 14
```