UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert C. Nisenson
Robert C. Nisenson, LLC
10 Auer Court
Suite E
East Brunswick, NJ 08816
(732) 238-8777
Fax : (732) 238-8758
Email: rnisenson@aol.com

**Order Filed on January 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Amnon Tamam

Case No.: 18-28143-MBK

Chapter: 13

Judge: Michael B. Kaplan

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following page is **ORDERED**.

**DATED: January 7, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of __Robert C. Nisenson on behalf of Debtor__ for the reduction of time for a hearing on  Motion to Sell Property Free and Clear of Liens under Section 363(f).
 Property for sale:  219-221 Wainwright Street, Newark, NJ.   under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __January 14, 2020__ at __9:00 am__ in the United States Bankruptcy Court, __402 East State Street, Trenton, New Jersey 08608__, Courtroom No. __8__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
 All Interested Parties and Chapter 13 Trustee

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to  All Interested Parties and Chapter 13 Trustee

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting http://www.Court-Solutions.com prior to the return date

*rev.2/1/16*

3

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 18-28143-MBK
Amnon Tamam   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 07, 2020
                      Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2020.
db         +Amnon Tamam,   293 Route 18,   Suite 115,   East Brunswick, NJ 08816-1928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2020 at the address(es) listed below:

        Albert   Russo    docs@russotrustee.com
        Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
        Aleisha Candace Jennings    on behalf of Creditor    HSBC Bank USA, National Association, as
         Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
         Certificates ajennings@rasflaw.com
        Aleisha Candace Jennings    on behalf of Creditor    HSBC Bank USA, National Association, As
         Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
         Certificates ajennings@rasflaw.com
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
         Citigroup Mortgage Loan Trust Inc., Mortgage PassThrough Certificates, Series 2007-6
         dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for
         Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
         Certificates dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., et all...
         dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Elizabeth K. Holdren    on behalf of Creditor    Crosspointe Condominium Association, Inc.
         eholdren@hillwallack.com,   jhanley@hillwallack.com;hwbknj@hillwallack.com
        Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         NJ_ECF_Notices@mccalla.com
        Robert C. Nisenson    on behalf of Debtor Amnon  Tamam rnisenson@aol.com,
         nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
        Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal
         National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
         laws of the United States of America dnj@pbslaw.org
        Robert P. Saltzman    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae")
         dnj@pbslaw.org
        Sindi  Mncina    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for
         Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
         Certificates smncina@rascrane.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                TOTAL: 14