**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
(732) 238-8758 (fax)
RCN 6680

Order Filed on January 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Amnon Tamam

| | |
|---|---|
| Case No.: | 18-28143 |
| Hearing Date: | |
| Chapter: | 13 |
| Judge: | Michael B. Kaplan |

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is
**ORDERED**.

**DATED: January 14, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as _____ 219-221 Wainwright Street, Newark, NJ _____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒    In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Robert C. Nisenson/Slaninka, LLC/Samsel & Associates Realty |
| Amount to be paid: | $650.00/$2700.00/$2700.00 |
| Services rendered: | Debtors Attorney/Realtors |

**OR:** ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5.  The amount of $\underline{\hspace{3cm}}$ claimed as exempt may be paid to the Debtor.

6.  The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7.  A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☒ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

*rev.8/1/15*

3

9. Other provisions: "The lien of PHH Mortgage shall remain on the premises commonly known as 219-221 Wainwright Street, Newark, New Jersey until the closing proceeds are received and applied by PHH Mortgage pursuant to the short sale approval letter.

10. Other provisions: "The property is being sold free and clear to the liens of Internal Revenue Service."

11. Other provisions: that the property is being sold free and clear to the liens of Napoleon Brown with Judgment No. J-299525-2010.

12. Other provisions: that the property is being sold free and clear to the liens of Division of Taxation with Judgment Nos. DJ-074003-2015 and DJ-131438-2010.

13. Other provisions: that the property is being sold free and clear to the liens of State of New Jersey.

14. Other provisions: that the property is being sold free and clear to the liens of any federal taxes with Judgment No: 2016-05240225.

15. Other provisions: that the property is being sold free and clear to the liens of Jerry S. Popick regarding Docket No: SC27-18.

16. Other provisions: that the property is being sold free and clear to the liens of Ebony R. Ward regarding Docket No: DC-12025-14.

17. All real estate taxes and water and sewer fees will be paid at the time of closing.

18. Other provisions: "The property is being sold free and clear to the liens of Internal Revenue Service."

19. The provision of Rule 6004(h) shall not be applicable to the matter and the

Debtor shall be permitted to sell the property immediately.