UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
(732) 238-8758 (fax)
RCN 6680

Order Filed on January 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Amnon Tamam

Case No.: 18-28143

Hearing Date: _____

Chapter: 13

Judge: Michael B. Kaplan

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

Recommended Local Form:   ☐ Followed      ☒ Modified

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: January 14, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as ___219-221 Wainwright Street, Newark, NJ___, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Robert C. Nisenson/Slaninka, LLC/Samsel & Associates Realty |
| Amount to be paid: | $650.00/$2700.00/$2700.00 |
| Services rendered: | Debtors Attorney/Realtors |

**OR:** ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $_____ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☒ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

*rev.8/1/15*

9. Other provisions: "The lien of PHH Mortgage shall remain on the premises commonly known as 219-221 Wainwright Street, Newark, New Jersey until the closing proceeds are received and applied by PHH Mortgage pursuant to the short sale approval letter.

10. Other provisions: "The property is being sold free and clear to the liens of Internal Revenue Service."

11. Other provisions: that the property is being sold free and clear to the liens of Napoleon Brown with Judgment No. J-299525-2010.

12. Other provisions: that the property is being sold free and clear to the liens of Division of Taxation with Judgment Nos. DJ-074003-2015 and DJ-131438-2010.

13. Other provisions: that the property is being sold free and clear to the liens of State of New Jersey.

14. Other provisions: that the property is being sold free and clear to the liens of any federal taxes with Judgment No: 2016-05240225.

15. Other provisions: that the property is being sold free and clear to the liens of Jerry S. Popick regarding Docket No: SC27-18.

16. Other provisions: that the property is being sold free and clear to the liens of Ebony R. Ward regarding Docket No: DC-12025-14.

17. All real estate taxes and water and sewer fees will be paid at the time of closing.

18. Other provisions: "The property is being sold free and clear to the liens of Internal Revenue Service."

19. The provision of Rule 6004(h) shall not be applicable to the matter and the Debtor shall be permitted to sell the property immediately.

United States Bankruptcy Court
District of New Jersey

In re:  
Amnon Tamam  
    Debtor

Case No. 18-28143-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 14, 2020  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2020.
```
db            +Amnon Tamam,    293 Route 18,    Suite 115,    East Brunswick, NJ 08816-1928
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2020 at the address(es) listed below:
```
              Albert     Russo     docs@russotrustee.com
              Albert     Russo     on behalf of Trustee Albert  Russo docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    HSBC Bank USA, National Association, as
               Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
               Certificates ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    HSBC Bank USA, National Association, As
               Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
               Certificates ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Citigroup Mortgage Loan Trust Inc., Mortgage PassThrough Certificates, Series 2007-6
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for
               Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
               Certificates dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., et all...
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Crosspointe Condominium Association, Inc.
               eholdren@hillwallack.com,    jhanley@hillwallack.com;hwbknj@hillwallack.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@mccalla.com
              Robert C. Nisenson    on behalf of Debtor Amnon  Tamam rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
               laws of the United States of America dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae")
               dnj@pbslaw.org
              Sindi  Mncina    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for
               Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
               Certificates smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 14
```