| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>District of New Jersey | **Order Filed on February 6, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br><br>Standing Chapter 13 Trustee | Case No.:  18-28143 MBK |
| In Re:<br><br>    AMNON TAMAM<br><br>            Debtor(s) | Chapter 13<br><br>Hearing Date: 12/17/19<br><br>Judge:   Michael B. Kaplan |

### ORDER REGARDING CHAPTER 13 STANDING
### TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page is **ORDERED.**

**DATED: February 6, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on Standing Trustee's Motion to Dismiss; and the Court having heard objections filed thereto; and, this Order being submitted pursuant to D.N.J. LBR 9072-1(d), (7 Day Rule); and, no objection being received thereon; and, for good cause shown;

**IT IS ORDERED** that the case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $2,900.00 paid to date (15 MO)

- Debtor(s) shall remit $424.00 per month to the Trustee for 45 months beginning 1/1/2020

- If the Debtor(s) fail to make regular payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

- The following pre-petition mortgage arrearage claim and post petition arrearage orders related to 219-221 Wainwright and 225 Wainright are to be treated outside the plan. Debtor is free to seek short sale outside the plan. Lenders are free to seek stay relief.

    - Citigroup Proof of Claim #1-2/#1-2 for 225 Wainwright/1st mortgage in the amount of $100,549.35

    - HSBC Proof of Claim #7-1 for 219-221 Wainwright/1st mortgage in the amount of $70,965.97

    - Citigroup Order Curing Post-Petition arrears, doc #47, for 225 Wainwright in the amount of $6,014.70  (Creditor attorney fees per order in the amount of $531.00 will be paid in the plan)

    - Citgroup Order Curing Post-Petition arrears, doc #92, for 225 Wainwright in the amount of $4,811.76  (Creditor attorney fees per order in the amount of $350.00 will be paid in the plan)