| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> District of New Jersey | Order Filed on February 6, 2020 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| Albert Russo <br> CN 4853 <br> Trenton, New Jersey 08650 <br> (609) 587-6888 | |
| Standing Chapter 13 Trustee | Case No.:  18-28143 MBK |
| In Re: | Chapter 13 |
| AMNON TAMAM | Hearing Date: 12/17/19 |
| Debtor(s) | Judge:  Michael B. Kaplan |

# ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page is **ORDERED.**

**DATED: February 6, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

This matter having come before the Court on Standing Trustee's Motion to Dismiss; and the Court having heard objections filed thereto; and, this Order being submitted pursuant to D.N.J. LBR 9072-1(d), (7 Day Rule); and, no objection being received thereon; and, for good cause shown;

**IT IS ORDERED** that the case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $2,900.00 paid to date (15 MO)

- Debtor(s) shall remit $424.00 per month to the Trustee for 45 months beginning 1/1/2020

- If the Debtor(s) fail to make regular payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

- The following pre-petition mortgage arrearage claim and post petition arrearage orders related to 219-221 Wainwright and 225 Wainright are to be treated outside the plan. Debtor is free to seek short sale outside the plan. Lenders are free to seek stay relief.

    o Citigroup Proof of Claim #1-2/#1-2 for 225 Wainwright/1st mortgage in the amount of $100,549.35

    o HSBC Proof of Claim #7-1 for 219-221 Wainwright/1st mortgage in the amount of $70,965.97

    o Citigroup Order Curing Post-Petition arrears, doc #47, for 225 Wainwright in the amount of $6,014.70 (Creditor attorney fees per order in the amount of $531.00 will be paid in the plan)

    o Citgroup Order Curing Post-Petition arrears, doc #92, for 225 Wainwright in the amount of $4,811.76 (Creditor attorney fees per order in the amount of $350.00 will be paid in the plan)

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-28143-MBK
Amnon Tamam                                                           Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1             Date Rcvd: Feb 07, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2020.
db            +Amnon Tamam,   293 Route 18,   Suite 115,   East Brunswick, NJ 08816-1928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2020 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    HSBC Bank USA, National Association, as
               Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
               Certificates ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    HSBC Bank USA, National Association, As
               Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
               Certificates ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Citigroup Mortgage Loan Trust Inc., Mortgage PassThrough Certificates, Series 2007-6
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for
               Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
               Certificates dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., et all...
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Crosspointe Condominium Association, Inc.
               eholdren@hillwallack.com,   jhanley@hillwallack.com;hwbknj@hillwallack.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@mccalla.com
              Robert C. Nisenson    on behalf of Debtor Amnon   Tamam r.nisenson@rcn-law.com,
               doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
               laws of the United States of America dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae")
               dnj@pbslaw.org
              Sindi  Mncina    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for
               Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
               Certificates smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 14