Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−28143−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amnon Tamam
   293 Route 18
   Suite 115
   East Brunswick, NJ 08816

Social Security No.:
   xxx−xx−7473

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/24/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 24, 2020
JAN: kmm

                                                                               Jeanne Naughton
                                                                               Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                           Case No. 18-28143-MBK
Amnon Tamam                                                      Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin          Page 1 of 2         Date Rcvd: Sep 24, 2020
                              Form ID: 148         Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2020.
db            +Amnon Tamam,    293 Route 18,   Suite 115,   East Brunswick, NJ 08816-1928
cr            +HSBC Bank USA, National Association, as Trustee fo,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
sp            +Kim Flotteron,    241 Main Street,   Suite 101,    Woodbridge, NJ 07095-1917
r             +ReMax Central Realtors,    520 Route 9,    Manalapan, NJ 07726-8264
r             +Samsel & Associates Realty,    68 Washington Street,    Clark, NJ 07066-3223
cr            +Seterus, Inc., authorized subservicer for Federal,    P.O. Box 1047,    Hartford, CT 06143-1047
517767136     +American General,    C/O Clark & DiStefano,    1500 Meeting House Road,    Sea Girt, NJ 08750-2220
517797630     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517767137     +Crosspointe,    C/O Hill Wallack,    202 Carnegie Center,    Princeton, NJ 08540-6239
517767138     +Ebony R. Ward,    225 Main Wright St. Apt 1,    Newark, NJ 07112-1226
517768562     +Ebony R. Ward,    225 Wainwright St. Apt 1,    Newark, NJ 07112-1226
517818149     +HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE,    Attn: Cashiering Department,
                1661 Worthington Road, Ste 100,    West Palm Beach, FL 33409-6493
517749519     +HSBC Bank USA National,    C/O Udren Law Offices, PC,    111 Woodcrest Rd., Suite 200,
                Cherry Hill, NJ 08003-3620
517887737     +HSBC Bank USA, National Association,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                Fairfield, NJ 07004-2927
517768563     +Jerry S. Popikk,    64 N. Hillside Ave.,    Livingston, NJ 07039-1108
517767139     +Jerry S. Popikk,    64 North Hillside Avenue,    Livingston, NJ 07039-1108
518570890     +Newark - Water Utility,    920 Broad St., Room 117,    Newark, NJ 07102-2609
517766911     +PSE&G,   PO Box 14444,    New Brunswick, NJ 08906-4444
518214470    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
517858711     +Seterus, Inc., authorized subservicer for,    Federal National Mortgage Association,
                c/o Seterus, Inc.,    P.O. Box 1047,    Hartford, CT 06143-1047
517749527     +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                Highlands Ranch, CO 80129-2386
517775493     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517749529     +Waypoint Resource Group,    Attn: Bankruptcy,    Po Box 1081,    San Antonio, TX 78294-1081

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2020 00:15:46     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 25 2020 00:15:44      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517749518     +EDI: DCI.COM Sep 25 2020 03:43:00      Diversified Consultants, Inc.,    Attn: Bankruptcy,
                Po Box 551268,    Jacksonville, FL 32255-1268
517749520      EDI: IRS.COM Sep 25 2020 03:43:00      IRS,   PO Box 7346,    Philadelphia, PA 19101-7346
517782415      E-mail/PDF: resurgentbknotifications@resurgent.com Sep 25 2020 00:20:37
                LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517749521     +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 25 2020 00:20:37
                LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                Greenville, SC 29603-0497
517782209      E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 25 2020 00:20:23      MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517749523     +E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 25 2020 00:21:30
                Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
517749524     +EDI: MID8.COM Sep 25 2020 03:43:00      Midland Funding,    2365 Northside Dr Ste 300,
                San Diego, CA 92108-2709
517845923     +EDI: MID8.COM Sep 25 2020 03:43:00      Midland Funding LLC,    PO Box 2011,
                Warren, MI 48090-2011
517886977      E-mail/Text: bankruptcy@pseg.com Sep 25 2020 00:14:53     PSE&G,    Attn: Bankruptcy Dept.,
                PO Box 490,    Cranford NJ 07016-0490
517819882     +EDI: DRIV.COM Sep 25 2020 03:43:00      SANTANDER CONSUMER USA,    P.O. Box 560284,
                Dallas, TX 75356-0284
517749525     +EDI: DRIV.COM Sep 25 2020 03:43:00      Santander Consumer USA,    Attn: Bankruptcy,
                Po Box 961245,    Fort Worth, TX 76161-0244
517821084     +EDI: DRIV.COM Sep 25 2020 03:43:00      Santander Consumer USA, Inc.,    POB 961245,
                Ft. Worth, TX 76161-0244
517753411     +EDI: RMSC.COM Sep 25 2020 03:43:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517841704      EDI: WFFC.COM Sep 25 2020 03:43:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                              TOTAL: 16
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 24, 2020
                              Form ID: 148             Total Noticed: 39
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517749522*      +LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,   Greenville, SC 29603-0497
518573492*      +Newark Water Utility,   920 Broad St. Room 117,   Newark, NJ 07102-2609
517767140*      +PSE&G,   PO Box 14444,   New Brunswick, NJ 08906-4444
517749528*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    PO Box 245,    Trenton, NJ 08695)
518058582*      +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517749526     ##+Seterus, Inc.,   Attn: Bankruptcy,   Po Box 1077,   Hartford, CT 06143-1077
                                                                               TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2020 at the address(es) listed below:
              Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo     docs@russotrustee.com
              Aleisha Candace Jennings     on behalf of Creditor    HSBC Bank USA, National Association, As
               Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
               Certificates ajennings@rasflaw.com
              Aleisha Candace Jennings     on behalf of Creditor    HSBC Bank USA, National Association, as
               Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
               Certificates ajennings@rasflaw.com
              Denise E. Carlon     on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for
               Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
               Certificates dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., et all...
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Citigroup Mortgage Loan Trust Inc., Mortgage PassThrough Certificates, Series 2007-6
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Elizabeth K. Holdren     on behalf of Creditor    Crosspointe Condominium Association, Inc.
               eholdren@hillwallack.com,    jhanley@hillwallack.com;hwbknj@hillwallack.com
              Melissa N. Licker     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@mccalla.com,    mccallaecf@ecf.courtdrive.com
              Robert C. Nisenson     on behalf of Debtor Amnon   Tamam r.nisenson@rcn-law.com,
               doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              Robert P. Saltzman     on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
               laws of the United States of America dnj@pbslaw.org
              Robert P. Saltzman     on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae")
               dnj@pbslaw.org
              Sindi   Mncina     on behalf of Creditor    HSBC Bank USA, National Association, As Trustee for
               Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
               Certificates smncina@rascrane.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 14
```