| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br><br>CN 4853<br><br>Trenton, NJ    08650<br><br>(609) 587-6888<br><br>Standing Chapter 13 Trustee | |
| In re:<br><br>Amnon Tamam<br><br><br><br>Debtor(s) | **Order Filed on September 24, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.: 18-28143 / MBK<br><br>Chapter 13<br><br>Hearing Date: 09/23/2020  at 9:00 AM<br><br>Judge: Michael B. Kaplan |

### CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 24, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

*rev. 5/8/2017*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

*rev. 5/8/2017*

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 18-28143-MBK
Amnon Tamam                                                                    Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Sep 24, 2020
                             Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2020.
db              +Amnon Tamam,   293 Route 18,   Suite 115,   East Brunswick, NJ 08816-1928


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2020 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Aleisha Candace Jennings   on behalf of Creditor   HSBC Bank USA, National Association, as
           Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
           Certificates ajennings@rasflaw.com
          Aleisha Candace Jennings   on behalf of Creditor   HSBC Bank USA, National Association, As
           Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
           Certificates ajennings@rasflaw.com
          Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association, as Trustee for
           Citigroup Mortgage Loan Trust Inc., Mortgage PassThrough Certificates, Series 2007-6
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor   HSBC Bank USA, National Association, As Trustee for
           Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
           Certificates dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor   Citigroup Mortgage Loan Trust Inc., et all...
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Elizabeth K. Holdren   on behalf of Creditor   Crosspointe Condominium Association, Inc.
           eholdren@hillwallack.com,  jhanley@hillwallack.com;hwbknj@hillwallack.com
          Melissa N. Licker   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           NJ_ECF_Notices@mccalla.com,  mccallaecf@ecf.courtdrive.com
          Robert C. Nisenson   on behalf of Debtor Amnon  Tamam r.nisenson@rcn-law.com,
           doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
          Robert P. Saltzman   on behalf of Creditor   Seterus, Inc., authorized subservicer for Federal
           National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
           laws of the United States of America dnj@pbslaw.org
          Robert P. Saltzman   on behalf of Creditor   Federal National Mortgage Association ("Fannie Mae")
           dnj@pbslaw.org
          Sindi  Mncina   on behalf of Creditor   HSBC Bank USA, National Association, As Trustee for
           Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
           Certificates smncina@rascrane.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 14